# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

CITY OF ALACHUA, FLORIDA,
a Florida municipal corporation,

    Plaintiff,

v.                                                 CASE NO. 1:12cv214-SPM/GRJ

ST PAUL FIRE & MARINE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION FOR STAY

This cause comes before the court on the parties' Joint Stipulation and Motion for Stay. (Doc. 19). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Joint Motion for Stay (doc. 19) is **GRANTED**. This case is stayed pending the conclusion of the post trial motions in the state court proceedings.[1]

2. The parties shall advise the court immediately when the post trial motions are concluded.

3. Plaintiff shall file quarterly written reports on the status of the state court proceedings. The first written report shall be filed on or before May 1, 2013. Additional written reports shall be filed on the first day of every August, November, February, and May thereafter.

**SO ORDERED** this 6th day of February, 2013.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The stay does not extend to appeal proceedings.